IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03001-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   May 21, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*  *Counsel:*

DP PRECISE, LLC,  Aaron Bakken

    Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY,  Glen H. Pickover
  Nicole C. Salamander

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      10:02 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding **Stipulated Motion to Amend Orders [DKT #19 and #20] Filed by This Court on January 29, 2013** [Doc. No. 33, filed 5/14/2013].

Discussion regarding extending discovery deadlines and the court's concerns.

**ORDERED:**      Stipulated Motion to Amend Orders [DKT #19 and #20] Filed by This Court on January 29, 2013 [Doc. No. 33, filed 5/14/2013] is **GRANTED IN PART** and **DENIED IN PART.**  The Discovery Cut-off deadline is extended to **September 22, 2013.**  The Dispositive Motion deadline will remain unchanged for **September 22, 2013.**  The last day to serve written discovery is **July 1, 2013.**  Affirmative experts shall be designated on or before **June 22, 2013.**  Rebuttal experts shall be designated **on or before August 22, 2013**.  The deadline for 702 Motions will be **September 22, 2013.**  The Final Pretrial Conference date will remain unchanged.

HEARING CONCLUDED.      **Court in recess**: **10:08 a.m.**      Total time in court:   00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.